UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN OCTAVIO (SCARFACE-THE RHINO) GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>AT SACRAMENTO COUNTY JAIL,<br><br>Defendant. | No. 2:16-cv-0612 KJM AC (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to the undersigned by E.D. Cal. R. 302(c)(21). Plaintiff has submitted the affidavit required by Section 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. ECF No. 2. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Granting IFP status does end the court's inquiry, however. The federal IFP statute requires federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). A claim is legally frivolous when it lacks an arguable basis either in law or in fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989).

////

1

Here, the complaint contains no allegations that could form the basis of a claim, or that could explain why this matter has been brought in federal court. The complaint contains no allegation of any wrong that was done to plaintiff, by anyone.

Instead, the complaint alleges that plaintiff worked for Fresno County Hospital at night, and at Wells Fargo Bank during the day; that he was the "Head Principal at San Diego High," the "Principal of Sacramento High," and that all his students did very well even though their parents were "shot and murdered by police" at the high school; that the National Guard paid him a very good salary and that he works for the U.S. Navy; that he is "the active fighting Admiral for the Navy;" and that he "sniffed out nuclear weapons at Sacramento County Jail inside the televisions." Plaintiff seeks help retrieving $60 billion that the National Guard deposited into his Wells Fargo Bank account in California.

The complaint is "legally frivolous" in that it contains no arguable basis for a legal claim, and therefore must be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is GRANTED;

2. The complaint is DISMISSED without prejudice; and

3. Plaintiff is granted 30 days from the date of this order to amend the complaint.

DATED: March 30, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE