UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN OCTAVIO (SCARFACE-THE RHINO) GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>AT SACRAMENTO COUNTY JAIL,<br><br>Defendant. | No. 2:16-cv-0612 KJM AC (PS)<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to the undersigned by E.D. Cal. R. 302(c)(21).

On March 30, 2016, the court dismissed plaintiff's complaint and granted him 30 days to file an amended complaint. ECF No. 3. Plaintiff has not filed an amended complaint or otherwise responded to the court's orders, nor taken any action to prosecute this case.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); E.D. Cal. R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court.  Such document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file
3  objections within the specified time may waive the right to appeal the District Court's order.
4  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: June 21, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE